# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

ANTHONY C. PITRE                            DOCKET NO. 08-cv-01831

VERSUS                                      JUDGE MELANÇON

JAMES LeBLANC, SECRETARY                    MAGISTRATE JUDGE HANNA
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.  After an independent review of the record, and consideration of the objections filed, this Court concludes that the report and recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.  It is therefore,

**ORDERED** that Anthony C. Pitre's petition for writ of *habeas corpus* under 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

Thus done and signed in Lafayette, Louisiana, this 27th day of July, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE